AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of

MSN Hotmail
at 1065 La Avenida
Mountain View, California 94043
E-mail account:
    MRALMEYDA@HOTMAILCOM

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I    Darren P. Butler    being duly sworn depose and say:

I am a(n)    Special Agent with the Drug Enforcement Administration    and have reason to believe
(Official Title)
that ☐ on the person of or ☒ on the property or premises known as (name, description and or location)
stored electronic communications and content for account MRALMEYDA@HOTMAIL.COM maintained by MSN Hotmail, 1065 La Avenida, Mountain View, California,.

in the Northern District of California, there is now concealed a certain person or property, namely electronic communications and content information described in Attachment A, incorporated by reference herein, which is evidence of a crime

concerning a violation of Title 21, United States Code, Section(s) 959, 952 and 963. The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    ☒ YES    ☐ NO

Signature of Affiant
DARREN P. BUTLER, Special Agent
Drug Enforcement Administration

Sworn to before me, and subscribed in my presence

November 29, 2005      at Washington, D.C.
Date

Alan Kay
United States Magistrate Judge
Name and Title of Judicial Officer      Signature of Judicial Officer